IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WELLS FARGO BANK, N.A., )<br>               Plaintiff, )<br>                 )<br>v.                   )<br>                 )<br>COUNTRY DEVELOPERS, INC., )<br>                 )<br>         Defendant. ) | Civil Action No. 1:11CV100 |

**ORDER**

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 2, 2011. Defendant has not filed any objections to the Report and Recommendation. Based on a _de novo_ review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. And it is hereby,

ORDERED that default judgment is entered against Defendant in the amount of (1) $256,474.41; (2) interest accruing from March 24, 2011 through the date of judgment at Wachovia Bank's prime rate, as it may change from time to time, plus one percent per annum; and (3) post judgment interest accruing at the rate specified in 28 U.S.C. § 1961(a).

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
August 9, 2011